# Third District Court of Appeal
## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2431
Lower Tribunal No. F68-2532
_____

**Bobby Allen Bryant,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Bobby Allen Bryant, in proper person.

James Uthmeier, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.  See State v. McBride, 848 So. 2d 287, 291 (Fla. 2003); Pleasure v. State, 931 So. 2d 1000, 1001–02 (Fla. 3d DCA 2006).